UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-21136-CIV-O'Sullivan
[CONSENT]

HEATHER NELSON,

    Plaintiff,

vs.

PURPLE LOTUS SOUTH BEACH, LLC,
SCIANNO INTERNATIONAL CORP,
JAMES SCIANNO, individually, and
KRISTIE McDONALD, individually,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their respective undersigned counsel, hereby give notice that they have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and will submit the necessary approval/dismissal papers within twenty (20) days. The parties respectfully request a telephonic fairness hearing to determine whether such settlement in this matter is "a fair and reasonable resolution of a bona fide dispute" or, in the alternative, to submit the written settlement agreement for an *in camera* review to determine same. Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350 (11th Cir. 1982). Additionally, the parties respectfully request a stay on all case deadlines in this case provided in [DE 8].

| | |
|---|---|
| Joshua L. Zipper, Esq.<br>Primary E-mail: jzipper@sbwh.law<br>**SHAPIRO, BLASI, WASSERMAN**<br>**& HERMANN, P.A.**<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Telephone: (561) 477-7800<br>Facsimile: (561) 477-772 | J. Freddy Perera, Esq.<br>Florida Bar No. 93625<br>freddy@pererabarnhart.com<br>**PERERA BARNHART, P.A.**<br>12555 Orange Drive<br>Second Floor<br>Davie, Florida 33330<br>Phone:  786-485-5232 |

| Counsel for Defendants | Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ J. Freddy Perera
J. Freddy Perera, Esq.

| Joshua L. Zipper, Esq.<br>Primary E-mail: jzipper@sbwh.law<br>Secondary E-mail: kgarcia@sbwh.law<br>Florida Bar No. 0045247<br>**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Telephone: (561) 477-7800<br>Facsimile: (561) 477-772<br><br>*Counsel for Defendants* | J. Freddy Perera, Esq.<br>freddy@pererabarnhart.com<br>Florida Bar No. 93625<br>Valerie Barnhart, Esq.<br>Florida Bar No. 88549<br>valerie@pererabarnhart.com<br>**Perera Barnhart, P.A.**<br>12555 Orange Drive<br>Second Floor<br>Davie, Florida 33330<br>Phone: 786-485-5232<br><br>*Counsel for Plaintiff* |

**Via CM/ECF**